TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Jorge Alberto Aranda,<br><br>      Petitioner<br><br>v.<br><br>Todd Blanche, et.al.<br><br>      Respondents | Case No. 2:26-cv-00644-CDS-EJY<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 8)**<br><br>**(First Request)**<br><br>[ECF No. 9] |

Petitioner Jorge Alberto Aranda ("Petitioner") and Federal Respondents Todd Blanche, Markwayne Mullin, Michael Bernacke, Todd Lyons and Kerri Ann Quihuis ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 8, extending the deadline from April 17, 2026, to April 24, 2026. Federal Respondents need this additional time to receive records from the Agency pertinent to the Petitioner. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. Petitioner's counsel indicated that he will oppose any further extension requests by respondents. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition from April 17, 2026, to April 24, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 16th day of April 2026.

RENE L. VALLADARES
Federal Public Defender

/s/ Aarin E. Kevorkian
AARIN E. KEVORKIAN
Assistant Federal Public Defender
Nevada Bar No. 14556
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aarin_Kevorkian@fd.org
*Attorney for Petitioner Jorge Alberto Aranda*

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 17, 2026

2